IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES SURRATT; *et al.*                                            PLAINTIFFS

v.                             CIVIL ACTION NO. 1:19-cv-00005-GHD-DAS

TRACTOR SUPPLY COMPANY; *et al.*                          DEFENDANTS

### **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant Tractor Supply Company's motion for summary judgment [Doc. No. 50] is GRANTED;

(2) the Plaintiffs' claims are DISMISSED WITH PREJUDICE in their entirety; and

(3) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 30th day of April, 2020.

                                                     _____
                                                     SENIOR U.S. DISTRICT JUDGE