IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES SURRATT; *et al.*                                            PLAINTIFFS

v.                                  CIVIL ACTION NO. 1:19-cv-00005-GHD-DAS

TRACTOR SUPPLY COMPANY; *et al.*                          DEFENDANTS

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR RECONSDERATION

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Plaintiffs' motion for reconsideration [90] is GRANTED IN PART and DENIED IN PART;

(2) the motion is GRANTED with respect to the Plaintiffs' claim for negligence with respect to the presence of dog food on the subject grassy area;

(3) the motion is DENIED in all other respects; and

(4) this matter is REOPENED and returned to the Court's active trial docket.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 13th day of October, 2020.

                                                         SENIOR U.S. DISTRICT JUDGE